```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :       20-cr-346 (JSR)
             -v-                     :
                                     :
OWEN WATSON,                         :         ORDER
                                     :
          Defendant.                 :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Defendant Owen Watson, who is charged in a single-count indictment with possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2, moves for suppression of physical evidence seized and statements obtained from him during the encounter with the police that led to his arrest. Upon consideration, Watson's motion is hereby denied. A memorandum explaining the reasons for this ruling will issue in due course. The Clerk of Court is directed to close the motion at docket number 15.

    SO ORDERED.

Dated:   New York, NY  
          January 26, 2021                     JED S. RAKOFF, U.S.D.J.