UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------

UNITED STATES OF AMERICA

    -v-

OWEN WATSON,

        Defendants.

------------------------------

20-cr-346 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On March 18, 2021, defendant Owen Watson entered a conditional guilty plea to one count of felon in possession of a firearm. On June 21, 2021 the Court sentenced Watson to twenty-four months' incarceration followed by three years' supervised release. See ECF 30.

    The Court recently received defendant Owen Watson's pro se letter motion postmarked October 1, 2021 requesting compassionate release. ECF 33. Watson requests release arguing that his rehabilitation, disciplinary record, and the conditions of confinement implemented to contain the spread of COVID-19 justify reduction of his sentence. The Court appreciates that Watson has "learned [his] lesson]." Id. the Court nonetheless denies Watson's motion for compassionate release under 18 U.S.C. § 3582(c), finding no extraordinary and compelling reasons warranting modification of a sentence imposed only four months ago.

    SO ORDERED.

New York, NY
October 26, 2021

                                           JED S. RAKOFF, U.S.D.J.