UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         **ORDER**
                                    :
                                    :
                                    :         20cr346-01          (JSR  )
Owen Watson ------------------------x         Docket #


Hon. Jed S. Rakoff, _____, DISTRICT JUDGE.
        Judge's Name

The attorney originally appointed in this case,

____Patrick Joyce_____ is hereby ordered
    Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA attorney, for the Violation of Supervised Release..


                        SO ORDERED.

                        _____Jed S. Rakoff, U.S.D.J._____
                        UNITED STATES DISTRICT JUDGE

Nunc pro tunc to 9/23/2022


Dated: **10/12/2022**